# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>        Plaintiff,<br><br>   v.<br><br>HOBBY LOBBY STORES, INC., as an entity and doing business as "Hobby Lobby Store # 552", PIER 1 IMPORTS (U.S.), INC., as an entity and doing business as "Pier 1 Store # 1628", PETCO ANIMAL SUPPLIES, INC., as an entity and doing business as "Petco Store # 371", POINT WEST REAL ESTATE INVESTORS, L.P., and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-02581-KJM-DB<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT HOBBY LOBBY STORES, INC.'S TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:   December 21, 2019<br>Service Date:      December 30, 2019<br>Response Date:   February 18, 2020<br>New Date:         March 19, 2020<br><br>Trial Date:        None<br>District Judge:    Hon. Kimberly J. Mueller<br>Courtroom:       3, 15th Fl., Sacramento |

Case No. 2:19-cv-02581-KJM-DB
ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT HOBBY LOBBY STORES, INC.'S TO RESPOND TO PLAINTIFF'S COMPLAINT

Proposed Order Granting Second

In light of the parties' Second Stipulation to Extend Time for Defendant Hobby Lobby Stores, Inc.'s to Respond to Plaintiff's Complaint, and good cause appearing, the Court hereby grants the parties' stipulation and ORDERS that defendant Hobby Lobby Stores, Inc. shall have until March 19, 2020 to respond to plaintiff Meryl Pomponio's Complaint.

**IT IS SO ORDERED.**

Dated: February 19, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Proposed Order Granting Second

1    Case No. 2:19-cv-02581-KJM-DB
ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT HOBBY LOBBY STORES, INC.'S TO RESPOND TO PLAINTIFF'S COMPLAINT