DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>                    Plaintiff,<br>v.<br><br>**HOBBY LOBBY STORES, INC.**, as an entity and doing business as "Hobby Lobby Store # 552", **PIER 1 IMPORTS (U.S.), INC.**, as an entity and doing business as "Pier 1 Store # 1628", **PETCO ANIMAL SUPPLIES, INC.**, as an entity and doing business as "Petco Store # 371", **POINT WEST REAL ESTATE INVESTORS L.P.,** and **DOES** 1-50, Inclusive,<br><br>                    Defendants. | Case No.:  2:19-cv-02581-KJM-DB<br><br>**NOTICE OF SETTLEMENT** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

   Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled. Plaintiff also requests sixty (60) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement.

Date: March 8th, 2020

                                        Respectfully Submitted,

                                        /s/Daniel Malakauskas
                                        By: Daniel Malakauskas, of,
                                        MALAKAUSKAS LAW, APC,
                                        Attorney for Plaintiff