DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

AMBER LEIGH ROLLER, *Cal. Bar No.:273354*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90017
Tel: 213-239-9800 / Fax: 213-239-9045
Email: amber.roller@ogletreedeakins.com

*Attorney for Defendants*: **Hobby Lobby Stores, Inc., Point West Real Estate Investors L.P.**

ASHLEY N. ARNETT, *Cal. Bar No.:305162*
SEYFARTH SHAW LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017
Tel: 213-270-9628
Email: aarnett@seyfarth.com

*Attorney for Defendants*: **Pier 1 Imports (U.S.), Inc., Petco Animal Supplies, Inc.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

Stipulated Dismissal with Prejudice

1

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>                    Plaintiff,<br><br>v.<br><br>**HOBBY LOBBY STORES, INC.**, as an entity and doing business as "Hobby Lobby Store # 552", **PIER 1 IMPORTS (U.S.), INC.**, as an entity and doing business as "Pier 1 Store # 1628", **PETCO ANIMAL SUPPLIES, INC.**, as an entity and doing business as "Petco Store # 371", **POINT WEST REAL ESTATE INVESTORS L.P.**, and **DOES** 1-50, Inclusive,<br><br>                    Defendants. | Case No.: 2:19-cv-02581-KJM-DB<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

   **IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  June 12th, 2020         /s/Daniel Malakauskas_____
                              By: Daniel Malakauskas, of,
                              MALAKAUSKAS LAW, APC,
                              Attorney for Plaintiff

Date:  June 12th, 2020         /s/Amber Leigh Roller_____
                              By: Amber Leigh Roller, of,
                              OGLETREE, DEAKINS, NASH,
                              SMOAK & STEWART, P.C.
                              Attorney for Defendants: ***Hobby Lobby Stores, Inc., Point West Real Estate Investors L.P.***

Date:  June 12th, 2020         /s/Ashley N. Arnett_____
                              By: Ashley N. Arnett, of,
                              SEYFARTH SHAW LLP,
                              Attorney for Defendants: ***Pier 1 Imports (U.S.), Inc., Petco Animal Supplies, Inc.***